**WINDHAM COUNTY, ADJOURNED SUPERIOR COURT, JANUARY, A. D. 1785.**

### LITTLE v. FOWLER, ADMINISTRATOR OF WARNER.

Where the security for a debt was adjudged void at law, chancery decreed a payment of the debt.

WRIT OF ERROR, to reverse a decree in chancery of the County Court, on a petition brought by said Fowler v. Little; showing that said Warner was bound for Little's debt in the state of New York, and had suffered and paid £100, and was holden to pay 10 per cent. interest on said debt; and that said Little to reimburse and indemnify said Warner, gave him his note for said sum, and wrote it for 10 per cent. interest; that said Warner being informed that 10 per cent. was unlawful interest and would destroy his note, he caused the 10 per cent. to be altered to 6 per cent. and that upon the death of Warner said Fowler was appointed his administrator; that he sued said Little upon said note and that he had avoided said note, by proving it had been altered by said Warner since it was executed, and that he is remediless at law, and prays that said Little be decreed to pay the principal and lawful interest of the sum which said Warner had suffered and been obliged to pay, on account of his being bondsman for said Little as aforesaid.

The County Court heard the petition and granted the prayer, and decreed payment to be made of the principal and the lawful interest, and granted an execution for the same.

Error assigned is — That a Court of Chancery ought not to interpose to grant relief, upon a note rendered void at law, by the party's own wrongdoing.

Judgment of the County Court was affirmed in the Superior Court; and afterwards it was carried by a writ of error to the Supreme Court of Errors, and the decree was affirmed there.